



**AUSTIN ★ DALLAS ★ DECATUR ★ HOUSTON**

BRETT H. PAYNE
Partner
brett.payne@wbclawfirm.com
**Service of Documents:**
PayneEDocsNotifications@wbclawfirm.com
Phone: (512) 472-9000
Fax: (512) 472-9002

January 24, 2019

Blake C. Erskine, Jr.                                 *Via Email: berskine@erskine-blackburn.com*
ERSKINE & BLACKBURN, L.L.P.
6618 Sitio del Rio Blvd.
Building C - 101
Austin, TX 78730

    Re:    Civil Action No.: **1:18-cv-00603**; *Frances Mladan and Milos Mladan v. Wal-Mart Stores Texas, LLC*
           Our File No.: 1454-86175

Dear Mr. Erskine:

Enclosed please find the following documents in connection with the above-referenced matter:

    1.    *Defendant's First Supplemental Response to Plaintiff's Request for Production.*

A CD containing responsive documents will be sent via First Class United States Mail. Thank you for your attention to this matter.

Very truly yours,

*/s/ Brett H. Payne*

BRETT H. PAYNE

BHP/tlb
Enclosure
2272051

WALTERS, BALIDO & CRAIN, L.L.P.
GREAT HILLS CORPORATE CENTER  9020 NORTH CAPITAL OF TEXAS HIGHWAY  BUILDING II, SUITE 225  AUSTIN, TEXAS 78759
FAX: 512.472.9002  TELEPHONE: 512.472.9000
www.wbclawfirm.com