IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FRANCES MLADAN AND<br>MILOS MLADAN | § § § | |
| Complainants | § § | |
| VS. | § § | CIVIL ACTION NO. 1:18-cv-00603-AWA |
| WAL-MART STORES TEXAS, LLC | § § | JURY TRIAL DEMANDED |
| Defendant | § § | |

## ORDER

ON THIS DAY, came to be heard COMPLAINANT'S MOTION TO COMPEL DEFENDANT WAL-MART STORES TEXAS, LLC TO RESPOND ADEQUATELY TO COMPLAINANT'S REQUESTS FOR DISCOVERY.

After considering the Motion, and after a hearing on the Motion and considering the arguments of counsel, the Court grants Complainant's Motion, Overrules Defendant's Objections, and Orders Defendant to Fully Respond to Complainant's discovery requests within three (3) days from the date of the entry of this Order.

SIGNED on _____, 2019.

_____
JUDGE PRESIDING

1

APPROVED AND ENTRY REQUESTED:

**ERSKINE & BLACKBURN, L.L.P.**

By: /s/ Blake C. Erskine, Jr.
BLAKE C. ERSKINE, JR.
State Bar No. 00786383
E-Mail: berskine@Erskine-Blackburn.com

MARK B. BLACKBURN
State Bar No. 02388990
E-Mail: mblackburn@Erskine-Blackburn.com

TIMOTHY B. MOSS
State Bar No. 24070304
E-Mail: tmoss@Erskine-Blackburn.com

6618 Sitio del Rio Blvd., Bldg. C-101
Austin, Texas  78730
Telephone (512) 684-8900
Facsimile (512) 684-8920

**ATTORNEYS FOR COMPLAINANTS**